# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| **JASON UMFLEET and** | |
| **BRICE TAYLOR** | **PLAINTIFFS** |
| v. | Case No. 3:24-cv-00049 KGB |
| **ROBERT MAYOTTE and** | |
| **RUAN TRANSPORT CORPORATION** | **DEFENDANTS** |

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice as to plaintiff Brice Taylor only (Dkt. No. 7) and joint stipulation of dismissal with prejudice as to plaintiff Jason Umfleet (Dkt. No. 9). The stipulations accord with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulations of dismissal. This action is dismissed with prejudice.

It is so ordered this 12th day of November, 2024.

_____
Kristine G. Baker
Chief United States District Judge